IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET )
METAL WORKERS' NATIONAL )
PENSION FUND, *et al.*, )
)
    Plaintiffs, )
)
v. ) Civil Action No. 1:25-cv-785 (RDA/WBP)
)
ORSON MECHANICAL COMPANY, )
INC., *et al.*, )
)
    Defendants. )

## ORDER

This matter comes before the Court upon the Proposed Findings of Fact and Recommendation ("Recommendation") issued by U.S. Magistrate Judge William B. Porter on August 15, 2025, Dkt. 12, regarding Plaintiffs' Motion for Default Judgement as to Defendants Orson Mechanical Co., Inc., and KB Mechanical Co., Inc. Dkt. 7. In their Complaint, Plaintiffs, the separate and individual Boards of Trustees of the Sheet Metal Workers' National Pension Fund ("NPF"), the International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI"), the Sheet Metal Workers' International Association Scholarship Fund ("Scholarship Fund"), the Sheet Metal Occupational Health Institute Trust ("SMOHIT"), and the National Energy Management Institute Committee ("NEMIC"), assert claims pursuant to Sections 502(a)(3), (d)(1), (g)(2), and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1132(a)(3), (d)(1), (g)(2), and 1145, and Section 301(a) of the Labor Management Relations Act of 1947, as amended ("LMRA"), 29 U.S.C. § 185. Dkt. 1.

On July 23, 2025, Plaintiffs filed a Motion for Default Judgment. Dkt. 7. Defendants did not file a response. Magistrate Judge Porter held a hearing on the matter on August 15, 2025, at which Plaintiffs' counsel appeared but no one appeared on behalf of Defendants. Dkt. 11. In the Recommendation, Magistrate Judge Porter recommends that Plaintiffs' Motion for Default Judgment be granted and that (1) default judgment be entered for Plaintiffs and against Defendants, (2) damages be awarded in the amount of $27,774.77 for which Defendants be jointly and severally liable, (3) Defendants be ordered to produce outstanding remittance reports from October 2019 through October 2021, and (4) if further action is needed to enforce and collect this judgment, Plaintiffs be permitted to apply to this Court or to the court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in the Recommendation. Dkt. 12 at 17. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Porter's Recommendation was August 29, 2025. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Porter's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 12). Accordingly, it is hereby ORDERED that Plaintiffs' Motion for Default Judgment (Dkt. 7) is GRANTED; and it is

FURTHER ORDERED that judgment is ENTERED by default in favor of Plaintiffs and against Defendants; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that damages are AWARDED to Plaintiffs in the amount of $27,774.77, for which Defendants are jointly and severally liable; and it is

FURTHER ORDERED that Defendants PRODUCE outstanding remittance reports from October 2019 through October 2021; and it is

FURTHER ORDERED that, if further action is needed to enforce and collect this judgment, Plaintiffs are permitted to apply to this Court or to the court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in this Order.

The Clerk is directed to enter judgment for Plaintiffs in this matter against Defendants pursuant to Federal Rule of Civil Procedure 55 and forward copies of this order to Defendants and counsel of record.

It is SO ORDERED.

Alexandria, Virginia
November 13, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge